In re Davey Paul Clement; Plaintiff(s); applying for writ of certiorari from the Court of Appeal, Fourth Circuit, Nos. 91-CA-1664, 92-CA-1001, 93-CA-0591, 93-CA-0592, 93-CA-0593, 93-CA-0594, 93-CA-0595, 93-CA-0596, 93-CA-0597; Parish of Orleans, Civil District Court, Nos. 86-13114, 86-14820, 86-19381, 86-21164, 86-21753, 86-22510, 87-220, 87-3135 and 87-7316.
Denied.
DENNIS and WATSON, JJ., would grant the writ.
ORTIQUE, J., not on panel; recused.